Mark P. Robinson, Jr., SBN 054426
Carlos A. Prietto, III, SBN 166410
Ted B. Wacker, SBN 157416
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
949-720-1288
949-720-1292 Fax

Attorneys for Plaintiff
JOYCE PEOPLES

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION** | Case No. M 05-CV-1699-CRB <br><br> MDL No. 1699 <br><br> JUDGE BREYER |
| This document relates to: <br><br> JOYCE PEOPLES <br> Individual Case No. C 06-0238 CRB | **STIPULATION AND ORDER OF DISMISSAL AS TO CASE NUMBER CV 05-6401 SJO, ORIGINALLY FILED IN THE CENTRAL DISTRICT OF CALIFORNIA** |

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for Plaintiff and counsel for Defendants that the Complaint of Plaintiff, Joyce Peoples, initially filed in the Central District of California, Case Number CV 05-6401 SJO, and later transferred to the MDL No. 1699, *In Re: Bextra and Celebrex, Marketing, Sales Practices and Products Liability Litigation*, with the assigned individual case number C 06-0238 CRB, may be and is hereby dismissed without prejudice.

1  The parties hereby stipulate that should Plaintiff ever re-file Plaintiff's claim,
2  Plaintiff will only re-file in Federal Court.
3  The parties shall each bear their own costs.

4

5  Dated: July 13, 2006                    ROBINSON, CALCAGNIE & ROBINSON

6

7                                          _____
                                           Mark P. Robinson, Jr., SBN054426
                                           mrobinson@rcrlaw.net
8                                          Carlos A. Prietto, III, SBN 166410
                                           cprietto@rcrlaw.net
9                                          Ted B. Wacker, SBN 157416
                                           twacker@rcrlaw.net
10                                         620 Newport Center Drive, 7th Floor
                                           Newport Beach, CA 92660
11                                         Telephone: (949) 720-1288
                                           Fax: (949) 720-1292
12
                                           -AND-
13
                                           Samuel M. Wendt, MO #53573
14                                         David Peterson, MO #32229
                                           PETERSON & ASSOCIATES, P.C.
15                                         801 West 47th Street, Suite 107
                                           Kansas City, MO 64112-1253
16                                         Telephone: (816) 531-4440
                                           Fax: (816) 531-0660
17
                                           *Counsel for Plaintiff*
18                                         JOYCE PEOPLES

19

20  Dated: July 20, 2006                   GORDON & REES

21

22                                         _____
                                           Stuart M. Gordon, Esq.
23                                         sgordon@gordonrees.com
                                           Embarcadero Center West
24                                         275 Battery Street, 20th Floor
                                           San Francisco, CA 94111
25                                         Telephone: (415) 986-5900
                                           Fax: (415) 986-8054
26
                                           *Defendants' Liaison Counsel*
27

28

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: __July 24, 2006____

HONORABLE CHARLES R. BREYER

